IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES,                               No. CIV.S-05-0289 GEB DAD PS

      Plaintiff,

  v.                                         ORDER

THOMAS BLAIR, et al.,

      Defendants.
_____/

      By order to show cause filed June 28, 2005, plaintiff, who is proceeding pro se, was directed to show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff timely filed the required response along with a request for extension of time to further respond to the order to show cause through counsel. Plaintiff represents that an attorney has agreed to represent him in this matter, although the court notes that no substitution of counsel is on file.

      In light of the circumstances, plaintiff's request for extension of time is granted in part. Plaintiff shall have an

1

1 additional thirty (30) days from the date of this order to respond to
2 the order to show cause regarding subject matter jurisdiction.
3     IT IS SO ORDERED.
4 DATED: August 2, 2005.

```
                                    _____
                                    DALE A. DROZD
DAD:th                              UNITED STATES MAGISTRATE JUDGE
Ddadl\orders.prose\james0289.eot
```

2