```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10                                    )
     DANIEL JAMES, and                )
11   CASSANDRA JAMES, a minor         )
     child,                           )    2:05-cv-0289-GEB-DAD
12                                    )
                    Plaintiffs,       )    RELATED CASE ORDER
13                                    )
          v.                          )
14                                    )
     THOMAS BLAIR; NEVADA             )
15   COUNTY CHILD PROTECTIVE          )
     SERVICES; VIVIAN VAUGHT;         )
16   BOBBY ROWLANDS; NEVADA COUNTY    )
     SHERIFF DEPARTMENT; GAYLE        )
17   SHERMAN BLAIR; SEAN BLAIR;       )
     NANCY AND BOB PROANO; and        )
18   DOES 1 through 20,               )
                                      )
19                  Defendants.       )
                                      )
20                                    )
     DANIEL JAMES,                    )    2:06-cv-967-WBS-PAN(JFM)
21                                    )
                    Plaintiff,        )
22                                    )
          v.                          )
23                                    )
     VIVIAN VAUGHT; BOBBIE            )
24   ROWLAND; STEVEN TRIPP,           )
                                      )
25                  Defendants.       )
                                      )
26
27          Examination of the above-entitled actions reveals that the
28   actions could be considered related within the meaning of Local Rule
```

1

83-123(a).[1]

IT IS THEREFORE ORDERED that the action denominated 2:06-cv-967-WBS-PAN(JFM) is hereby reassigned to Judge Garland E. Burrell, Jr. for all further proceedings. The Order Setting Status (Pretrial Scheduling) Conference filed June 16, 2006, still applies to this action but the place of the Status (Pretrial Scheduling) Conference is changed to Courtroom No. 10.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the case number as 2:06-cv-967-GEB-DAD; the Clerk of Court shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: August 15, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Defendants in <u>Daniel James v. Vivian Vaught, Bobbie Rowland, and Steven Tripp</u> filed a Notice of Related Cases in that case on June 27, 2006, but failed to file a Notice of Related Cases in <u>Daniel James and Cassandra James v. Thomas Blair, et al.</u>, as required by Local Rule 83-123(b). The Notice of Related Cases filed in <u>Daniel James v. Vivian Vaught, Bobbie Rowland, and Steven Tripp</u> was brought to the undersigned judge's attention for the first time on August 10, 2006.